UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Maureen L. Rogers,
                Plaintiff,

  -v-                                               Adversary Proceeding
                                                 Adversary No.: 06-1459-dem
Key Bank,                                            Chapter 13 Case No.: 06-42049-dem

                Defendant.
---------------------------------------------------------X
STATE OF NEW YORK )
COUNTY OF NASSAU ) ss:

## ANSWER TO AMENDED COMPLAINT

Defendant, Key Bank, a Creditor of the Debtor/Plaintiff herein, by its attorneys, Rosicki, Rosicki & Associates, as and for it=s Answer to the complaint respectfully alleges as follows:

1. Denies knowledge or information sufficient to form a belief as to the allegation contained in paragraph "1" of the amended complaint.

2. Admits the allegation contained in paragraph "2" of the amended complaint.

3. Admits the allegation contained in paragraph "3" of the amended complaint.

4. Admits the allegation contained in paragraph "4" of the amended complaint.

5. Admits the allegation contained in paragraph "5" of the amended complaint.

6. Denies knowledge or information sufficient to form a belief as to the allegation contained in paragraph "6" of the amended complaint.

7. Denies knowledge or information sufficient to form a belief as to the allegation contained in paragraph "7" of the amended complaint.

8. Denies knowledge or information sufficient to form a belief as to the allegation contained

9. Denies knowledge or information sufficient to form a belief as to the allegation contained in paragraph "9" of the amended complaint.

10. Denies knowledge or information sufficient to form a belief as to the allegation contained in paragraph "10" of the amended complaint.

11. Denies the allegation contained in paragraph "11" of the amended complaint.

12. Denies knowledge or information sufficient to form a belief as to the allegation contained in paragraph "12" of the amended complaint.

13. Denies knowledge or information sufficient to form a belief as to the allegation contained in paragraph "13" of the amended complaint.

14. Denies knowledge or information sufficient to form a belief as to the allegation contained in paragraph "14" of the amended complaint.

15. Denies knowledge or information sufficient to form a belief as to the allegation contained in paragraph "15" of the amended complaint.

16. Admits the allegation contained in paragraph "16" of the amended complaint.

17. Admits the allegation contained in paragraph "17" of the amended complaint.

18. Admits the allegation contained in paragraph "18" of the amended complaint.

## AS AND FOR THE FIRST CLAIM FOR RELIEF

19. Denies the allegation contained in paragraph "20" of the amended complaint.

20. Denies the allegation contained in paragraph "21" of the amended complaint.

21. Denies the allegation contained in paragraph "22" of the amended complaint.

## AS AND FOR THE SECOND CLAIM FOR RELIEF

22. Denies the allegation contained in paragraph "24" of the amended complaint.

23. Denies the allegation contained in paragraph "25" of the amended complaint.

## FIRST AFFIRMATIVE DEFENSE

24. Defendant repeats and realleges the allegations herein above as though fully set forth herein.

25. The Amended Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

26. Defendant repeats and realleges the allegations herein above as though fully set forth herein.

27. The cause of action is barred by statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

28. Defendant repeats and realleges the allegation herein above as though fully set forth herein.

29. The cause of action, if any, alleged in the Amended Complaint, is barred by federal law in that the obligations owed to Defendant are not dischargeable pursuant to 11 USC Section 523 (a)(8).

Dated: May 9, 2007
Plainview, New York

*(signature)*
Rosicki, Rosicki & Associates, P.C.
By: Barbara Dunleavy, Esq.
Attorneys for Defendant, Key Bank
51 E. Bethpage Road
Plainview, New York 11803
(516)741-2585

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Maureen L. Rogers,

                Plaintiff,

  -v-                                                    Adversary Proceeding
                                                      Adversary No.: 06-1459-dem

Key Bank,                                               **AFFIDAVIT OF SERVICE**

                Defendant.
---------------------------------------------------------X

STATE OF NEW YORK)
                      )ss:
COUNTY OF NASSAU)

    Rose Saramago, being duly sworn, deposes and says:
    I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.
    On May 9th, 2007, I served the Notice of Appearance and Demand for Service of All Papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

    Maureen L. Rogers
    25 Signs Road
    Staten Island , NY 10314

    John S. Pereira, Esq.
    150 East 58th Street
    14th Floor
    New York, NY 10155

    United States Trustee
    560 Federal Plaza
    Central Islip, NY 11722

                                                        Rose Saramago

Sworn to before me on this
9th day of May , 2007

_____
NOTARY PUBLIC

ELIZABETH S. PLATT
NOTARY PUBLIC, State of New York
No. 01PL6078441
Qualified in Suffolk County
Commission Expires Aug 5, 20 10

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | Case No.: 06-42049 |
| EASTERN DISTRICT OF NEW YORK | Adversary No.: 06-1459-dem |

Maureen L. Rogers,

            Plaintiff,

-v-

Key Bank,

            Defendant.

## ANSWER TO AMENDED COMPLAINT

**ROSICKI, ROSICKI & ASSOCIATES, PC**
**ATTORNEYS AT LAW**
Attorneys for Defendant, Key Bank
51 E. Bethpage Road
Plainview, NY 11803
(516)741-2585