UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In Re                                                     Chapter 7

Maureen L. Rogers,                                        Case No. 06-42049 (DEM)

                       Debtor.
------------------------------------------------------------X
Maureen L. Rogers,

                  Plaintiff,                  Adversary Proceeding

      v.                                          No. 06-1459 (DEM)

Key Bank, National Association

                 Defendant.
------------------------------------------------------------X

## Consent Judgment

A.      On June 16, 2006 (the "Filing Date"), Maureen L. Rogers (the "Debtor") filed a

voluntary petition in this Court seeking relief under Chapter 7 of Title 11, United States Code

(the "Bankruptcy Code") [Bankruptcy Docket No. 1].

B.      On February 21, 2007, the Chapter 7 trustee issued a Report of No Distribution,

requested that the Debtor receive a discharge and certified that the Debtor has no non-exempt

assets to distribute.  On March 30, 2007, this Court granted the Debtor a discharge pursuant to

Bankruptcy Code §727 [Bankruptcy Docket No. 20].

C.      On October 20, 2006, the Debtor filed a complaint commencing this adversary

proceeding against Key Bank, National Association ("Key Bank") [Adv. Proc. Docket No. 1].

On November 23, 2006, Key Bank answered the complaint [Adv. Proc. Docket No. 4].

D.      On April 18, 2007, the Debtor filed an Amended Complaint seeking, among other things, a determination that certain loans made by Key Bank to the Debtor in the aggregate principal amount of $130,000.00 should be discharged pursuant to Bankruptcy Code §523(a)(8) on the ground that excepting the loan from discharge would impose an undue hardship on the Debtor [Adv. Proc. Docket No. 7].  On May 9, 2007, the Key Bank filed its Answer to the Amended Complaint [Adv. Proc. Docket No. 11].

E.      The Debtor and Key Bank have consented to the entry of this Judgment in full settlement of the pending Adversary Proceeding.

**NOW THEREFORE**, it is hereby

**ADJUDGED** that the loans made to the Debtor by Key Bank, aggregating $130,000.00, shall not be excepted from discharge in this case pursuant to Bankruptcy Code § 523(a)(8) on the ground that excepting such loans from the discharge would impose an undue hardship on the Debtor.

Dated:  Brooklyn, New York
        October  22, 2007


                                          **s/Dennis E. Milton**
                                          Hon. Dennis E. Milton
                                          United States Bankruptcy Judge

Consented to:

**MORGAN, LEWIS & BOCKIUS LLP**
Attorneys for Debtor, Maureen L. Rogers



By: /s/Andrew D. Gottfried
    Andrew D. Gottfried (AG B 1699)
    Wendy S. Walker (WW - 1967)

101 Park Avenue
New York, NY  10178
(212) 309-6000

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
Attorneys for Key Bank, National Association

By:/s/Karen Sheehan
    Karen Sheehan (KS-5379)

51 East Bethpage Road
Plainview, New York  11803
(516) 741-2585